# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDR DVORNIKOV,<br>ANTONIO CARDONA,<br>JOSEPH McPHERSON, and<br>JOSEPH QUINN,<br>on behalf of themselves<br>and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LANDRY'S, INC. and CHLN, INC.<br>d/b/a CHART HOUSE BOSTON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:15-cv-13286-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF SCOTT SIMPSON**

Being duly sworn, Scott Simpson hereby deposes and states as follows:

1. My name is Scott Simpson. I am adult resident of Brockton, Massachusetts. This declaration is based on my personal knowledge.

2. I am one of the principals of Optime Administration, LLC ("Optime"). Optime is a firm that specializes in class action administration, including class settlement administration. Optime has experience in all aspects of class action and class settlement administration, including issuing notice to class members, processing claim forms, locating nonresponsive class members, and administering and distributing settlement funds.

3. Optime is the settlement administrator in the above-captioned matter and has been responsible for administering the parties' class settlement. I am submitting this declaration to inform the parties and the Court about the settlement administration activities completed to date.

1

2

4. Optime issued notices and claim forms by first-class mail to 241 settlement class members on August 22, 2018. When notices were returned as undeliverable, Optime attempted to locate updated contact information for those individuals using a database called Intelius. When Optime was able to locate new or better addresses for individuals, it promptly reissued notice to them by first-class mail.

5. Of the 241 individuals who were issued notice, 83 were returned as undeliverable. Using Intelius, Optime was able to locate new or updated addresses for 22 of those 83 individuals. Optime issued notice to those individuals at their new or updated addresses.

6. On September 24, 2018, Optime issued a reminder notice to all nonresponsive settlement class members.

7. As of the date of this declaration, Optime has received claim forms from 59 settlement class members.

8. Optime has received no objections and no requests for exclusion from any settlement class member.

Signed under the pains and penalties of perjury on November 8, 2018.

*Scott Simpson*
Scott Simpson