# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALEXANDR DVORNIKOV, | ) | |
| ANTONIO CARDONA, | ) | |
| JOSEPH McPHERSON, and | ) | |
| JOSEPH QUINN, | ) | |
| on behalf of themselves | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 1:15-cv-13286-ADB |
| v. | ) | |
| | ) | |
| LANDRY'S, INC. and CHLN, INC. | ) | |
| d/b/a CHART HOUSE BOSTON, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BRANT CASAVANT, ESQ.

I, Brant Casavant, being duly sworn, do hereby depose and state as follows:

1.      I am an attorney duly licensed to practice law in this Commonwealth and before this Court.  I am one of the attorneys representing the plaintiffs in this matter. This declaration is based on my personal knowledge.

2.      I have personally reviewed the time records maintained by myself and my two colleagues, Hillary Schwab and Rachel Smit, who also acted as counsel for the plaintiffs in this matter.  Those time records are contemporaneously maintained and reflect the following hours worked by the following attorneys:

| | |
|---|---|
| Hillary Schwab | 52.90 |
| Brant Casavant | 76.40 |
| Rachel Smit | 58.35 |

1

3.      These hours do not reflect time spent by these attorneys performing settlement administration tasks, most notably, preparing settlement approval papers, fielding inquiries from class members, contacting class members concerning the settlement, and attempting to locate nonresponsive class members.  It also does not include all time spent on incidental tasks such as short telephone calls or quick responses to emails with opposing counsel or with settlement class members.

4.      In addition, our firm incurred $8,192 in expenses litigating this matter. Those expenses are attributable to the following items: filing and service fees; the costs of obtaining deposition and hearing transcripts; travel expenses for one of the named plaintiffs who does not reside in Massachusetts and who needed to travel to Boston for his deposition; and the costs of retaining an independent mediator.

Signed under the pains and penalties of perjury on November 9, 2018.


/s/ Brant Casavant
Brant Casavant, Esq.

2